IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                      8:25MJ374

          vs.

GABRIEL HURTADO-CARIACO,                              MOTION TO WITHDRAW

                    Defendant.

_____

          COMES NOW the Plaintiff, United States of America, by and through the undersigned

Assistant United States Attorney for the District of Nebraska and moves the Court to allow her to

withdraw from this case.  In support of this motion, the United States shows as follows:

          1. United States Attorney Lesley A. Woods has entered her appearance on this case and

will be case attorney on this case going forward.

          WHEREFORE, the United States requests that undersigned counsel be allowed to

withdraw from the above-captioned case.


                                        UNITED STATES OF AMERICA

                                        LESLEY A. WOODS
                                        United States Attorney


                                        s/Kimberly C. Bunjer
                              By:    KIMBERLY C. BUNJER #20962
                                        Assistant United States Attorney
                                        1620 Dodge Street, Suite 1400
                                        Omaha, Nebraska 68102-1506
                                        (402) 661-3700

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.


                              s/Kimberly C. Bunjer
                              KIMBERLY C. BUNJER
                              Assistant United States Attorney